IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ROSATI, individually and derivatively on behalf of Rosati's Franchise Systems, Inc. and WILLIAM ROSATI, individually and derivatively on behalf of Rosati's Franchise Systems, Inc., <br><br> Plaintiffs <br><br> v. <br><br> ANTHONY ROSATI, DAVID ROSATI, and POWER PLAY DISTRIBUTORS, LLC <br> Defendants <br><br> and <br><br> ROSATI'S FRANCHISE SYSTEMS, INC. <br><br> Nominal defendant. | Case No. 20-cv-7762 <br><br> Hon. John F. Kness <br> Magistrate Judge Sunil Harjani |

**ORDER ON AGREED MOTION FOR LEAVE TO DEPOSIT MONEY IN THE COURT**

Upon review of the AGREED MOTION FOR LEAVE TO DEPOSIT MONEY IN THE COURT, the Court hereby orders that the Motion is GRANTED. Plaintiffs shall deposit $250,000.00 with the Court to secure the preliminary injunction ordered by this court. (ECF 85).

It is so **ORDERED**.

Dated: August 31, 2021

_____
**John F. Kness**
United States District Judge