**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| MICHAEL ROSATI, individually and derivatively on behalf of Rosati's Franchise Systems, Inc. and WILLIAM ROSATI, individually and derivatively on behalf of Rosati's Franchise Systems, Inc., | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | Case No. 20-cv-7762 |
| v. | ) ) | |
| ANTHONY ROSATI, DAVID ROSATI, and POWER PLAY DISTRIBUTORS, LLC | ) ) | Hon. John F. Kness Magistrate Judge Sunil Harjani |
| Defendants | ) ) | |
| and | ) ) | |
| ROSATI'S FRANCHISE SYSTEMS, INC. | ) ) | |
| Nominal defendant. | ) ) ) | |

**ORDER**

Plaintiffs shall deposit $250,000.00 with the Clerk of the Court into Courts Registry to secure the preliminary injunction ordered by this court. (ECF 85). The Clerk of the Court is directed to invest funds into CRIS (interest bearing account) until further order of the Court.

It is so **ORDERED**.

Dated: August 31, 2021

**John F. Kness**
United States District Judge