# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL ROSATI, individually and derivatively on behalf of Rosati's Franchise Systems, Inc. and WILLIAM ROSATI, individually and derivatively on behalf of Rosati's Franchise Systems, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY ROSATI, DAVID ROSATI, and POWER PLAY DISTRIBUTORS, LLC, <br><br> Defendants, <br><br> And <br><br> ROSATI'S FRANCHISE SYSTEMS, INC., <br><br> Nominal defendant. | Case No. 1:20-cv-7762 <br><br> Honorable John F. Kness <br> Magistrate Judge Sunil Harjani |

## AGREED ORDER

This matter is before the Court on the Parties' Agreed Motion to Stay or Extend Deadlines in Preliminary Injunction Order (Dkt. 107), October 5, 2021 Agreed Order (Dkt. 99), October 28, 2021 Agreed Order (Dkt. 103), and November 18, 2021 Agreed Order (Dkt. 106). For the reasons provided by the parties, the motion is granted. Accordingly, it is hereby ordered that:

1. All deadlines contained in Paragraphs 2, 3, 4, 5, 6, and 7 of the Court's Preliminary Injunction Order (Dkt. 85) and extended by the October 5, 2021 Agreed Order (Dkt. 99), October 28, 2021 Agreed Order (Dkt. 103), and November 18, 2021 Agreed Order (Dkt. 106), are extended for 14 additional days. *See* Fed. R. Civ. P. 62(d); *cf.* Fed. R. App. P. 8(a)(1)(C).

Date: 11/29/2021

_____
JOHN F. KNESS
United States District Judge